UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RON MOSLEY,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>S. OROSKI,<br><br>        Respondent - Appellee. | No. 08-15327<br><br>D.C. No. CV-05-04260-TEH<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

| | |
|---|---|
| RON MOSLEY,<br><br>        Petitioner - Appellant,<br><br>  v.<br><br>S. OROSKI,<br><br>        Respondent - Appellee. | No. 08-15389<br><br>D.C. No. CV-05-04260-TEH<br>Northern District of California,<br>San Francisco |

Before: ALARCÓN and RYMER, Circuit Judges.

In light of the Supreme Court's decision in *Swarthout v. Cooke*, No. 10-333, 2011 WL 197627 (Jan. 24, 2011) (per curiam), the disposition filed on November 24, 2010 is withdrawn. Further proceedings are stayed pending final resolution of *Cooke v. Solis*, 606 F.3d 1206 (9th Cir. 2010), and *Clay v. Kane*, 384 Fed. App'x

544 (9th Cir. 2010), in this court. The parties are requested to file a notice memorandum with the Clerk of this court as soon as decisions have been rendered in these cases.